**No. 68400.**—J. W. Robinson & Co. *v.* United States, protest 59/29107 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass or plastic articles similar in all material respects to those the subject of Abstracts 64185 and 67488, respectively, the claim of the plaintiff was sustained.

**No. 68401.**—New York Merchandise Co., Inc., et al. *v.* United States, protests 63/11091, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the items marked "A" consist of glass paperweights and the items marked "B" consist of plastic paperweights similar in all material respects to those the subject of Abstracts 64185 and 67488, respectively, the claim of the plaintiffs was sustained.

**No. 68402.**—Excelsior Accordions, Inc., et al. *v.* United States, protests 62/14046, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiffs was sustained.